**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03078-REB-CBS

DEMETRIUS THOMAS,

     Plaintiff,

v.

STATE OF COLORADO,
CDOC,
TOM CLEMENTS,
SUSAN JONES,
SGT. JOHNSON, and
MR. K,

     Defendants.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** [#56] entered by Judge Robert E. Blackburn on February 20, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#54] filed January 27, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under FED. R. CIV. P. 12(b)(6), the **Motion to Dismiss** [#32] filed May 13, 2013, is **GRANTED**;

3. That this case is **DISMISSED**;

4. That **JUDGMENT IS ENTERED** in favor of the defendants, State of Colorado,

CDOC, Tom Clements, Susan Jones, Sgt. Johnson, and Mr. K, against the plaintiff,

Demetrius Thomas;

4.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the

Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 20th day of February, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
        Kathleen Finney
        Deputy Clerk